IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDALL BINGHAM, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-CV-252-MTT-MSH |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

### J U D G M E N T

Pursuant to this Court's Order dated November 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Bibb County, Georgia.

This 20th day of November, 2023.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk